

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Daniel N. Shallman, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Vicki Marolt Buchanan, Esq., Newport Beach, CA, for Defendant–Appellant.

Before: FERNANDEZ, GRABER, and GOULD, Circuit Judges.

### MEMORANDUM **

We vacate the sentence and remand for resentencing in light of *United States v. Booker,* —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* 400 F.3d. 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005). Appellant's motion for release pending appeal is denied as moot.

**VACATED and REMANDED.**

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Reymundo SANCHEZ–HERNANDEZ,**
**Defendant—Appellant.**

**No. 04–50133.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Laura Duffy, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Gerard J. Wasson, AFP, Grimes & Warwick, San Diego, CA, for Defendant–Appellant.

Before: FERNANDEZ, GRABER and GOULD, Circuit Judges.

### MEMORANDUM **

We vacate the sentence and remand for resentencing in light of *United States v. Booker,* —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United*

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

*States v. Ameline,* 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

**VACATED and REMANDED.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Randy Leon YOAKUM, Defendant—Appellant.**

**No. 04–50184.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Jolie F. Zimmerman, Esq., Luis G. Flores, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Michael S. Meza, Esq., Orange, CA, for Defendant–Appellant.

Before: FERNANDEZ, GRABER, and GOULD, Circuit Judges.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

---

**MEMORANDUM** \*\*

We vacate the sentence and remand for resentencing in light of *United States v. Booker,* — U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

**VACATED and REMANDED.**

**UNITED STATES OF AMERICA,
Plaintiff—Appellee,**

v.

**Vernon Morris MARSHALL,
Defendant—Appellant.**

**No. 04–50208.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Ronald L. Cheng, Esq., Richard G. Stack, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Jerry Kaplan, Esq., Kaplan, Kenegos & Kadin, Beverly Hills, CA, for Defendant–Appellant.

Before: FERNANDEZ, GRABER, and GOULD, Circuit Judges.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).